UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNY MOISES RODRIGUEZ-SILVA,<br><br>                        Petitioner,<br><br>v.<br><br>PATRICK DIVVER, et al.,<br><br>                       Respondents. | Case No.:  3:26-cv-1315-CAB-MSB<br><br>**ORDER DISMISSING PETITION WITH LEAVE TO AMEND** |

Petitioner Kenny Moises Rodriguez-Silva has filed a petition for a writ of habeas corpus pursuant to 8 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]  Petitioner alleges that he is unlawfully detained by Immigration and Customs Enforcement ("ICE") at the Otay Mesa Detention Center in San Diego, California.  [*Id*. at 2.]

The Court **DISMISSES** the petition with leave to amend because the Petition is missing crucial information for the Court to evaluate whether a response is warranted.  *See Kourteva v. I.N.S.*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false.")  For example, Petitioner vaguely alleges that "[a]t some point thereafter [his release after initial apprehension], DHS initiated removal proceedings[.]"  [*Id.* at 4.]  Further, Petitioner does not indicate when or under what conditions he was released from ICE custody following his initial apprehension, the

circumstances of his recent re-detention leading to this Petition, or the status of his "currently pending" proceeding before the Board of Immigration Appeals.

If Petitioner wishes to proceed with this case, he must file a First Amended Petition within thirty (30) days of the date of this Order.  The First Amended Petition must be complete in itself without reference to the original Petition.  Defendants not named and any claim not re-alleged will be considered waived.  *See* CivLR 15.1(a).

It is **SO ORDERED**.

Dated:  March 3, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge

3:26-cv-1315-CAB-MSB