# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **Rodriguez-Silva v. Divver**          Case Number: **26-cv-1315-CAB-MSB**

Hon. Cathy Ann Bencivengo        Ct. Deputy Lori Hernandez      Rptr Tape: N/A

Petitioner has not filed an amended petition by the deadline indicated in the Court's prior order dismissing the habeas petition for lack of information. [Doc. No. 2.] The Clerk of the Court shall close the case.

 Date: April 13, 2026                                                          Initials: MS